IDA SAWMILLER, Respondent, v. JOSEPH DOMENICO, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide event. All concur, except Hubbs, J., who dissents.

LEROY SWETMAN, Appellant, v. THE BORDEN'S FARM PRODUCTS COMPANY, Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the evidence was sufficient to present questions of fact as to whether there was a sale and delivery of the milk to the defendant and whether the defendant had notice of the plaintiff's claim, and it was error to grant the nonsuit. All concur.

In the Matter of the Judicial Settlement of the Estate of LUCY ELIZABETH POWELL, Deceased. ETHEL M. FORTEN, Appellant; WALTER F. BROWN, Administratrix, etc., and Another, Respondents.— Decree, so far as appealed from, affirmed, with costs. All concur.

JOHN B. O'BRIEN and Others, Respondents, v. TONAWANDA BOARD AND PAPER COMPANY, Appellant.— Original order herein further modified by striking out the provision for " examination and inspection " by the plaintiff of the books and papers of the defendant and providing therein that said books and papers may be used only in connection with the oral examination of the officers as provided by subdivision 7 of section 872 of the Code of Civil Procedure (See *Harby Steamship Co., Inc.,* v. *Staten Island Shipbuilding Co.,* 189 App. Div. 769); also by providing therein that such examination of the officers named and of books and papers be limited to the question of the cost to the defendant of manufacturing paper and pulp board and the items which enter into such costs. (See *Bamberger* v. *Cooke,* 181 App. Div. 805); and as so modified the order is affirmed, without costs of this appeal to either party. All concur.

SADIE L. NEWBROOK, Respondent, v. GEORGE NEWBROOK, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

CARTHAGE MACHINE COMPANY, Appellant, v. ISLAND PAPER COMPANY, Respondent. Motion for reargument denied, with ten dollars costs.          •

HENRY HARRISON COMPANY, INC., Respondent, v. THE STATE OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

WILLIAM H. WILTSE, Appellant. v. THOMAS MILLEN COMPANY, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

HARRY L. ALLEN, as Trustee in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Bankrupt, Appellant, v. ALBERT LAKE, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

HARRY L. ALLEN, as Trustee in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Bankrupt, Appellant, v. M. DOOLITTLE, Respondent.— Order affirmed, without costs. All concur.

HARRY L. ALLEN, as Trustee in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Bankrupt, Appellant, v. L. H. DEALY, Respondent.— Order affirmed, without costs. All concur.